**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-2135**

———————————

DEBORAH KUMER SEVER,

Plaintiff - Appellant,

versus

INSURANCE COMPANY OF NORTH AMERICA; CIGNA
PROPERTIES AND CASUALTY COMPANIES; KEVIN H.
BROWN; WILLIAM D. AMBROSE,

Defendants - Appellees.

———————————

**No. 97-1129**

———————————

DEBORAH KUMER SEVER,

Plaintiff - Appellant,

versus

INSURANCE COMPANY OF NORTH AMERICA; CIGNA
PROPERTIES AND CASUALTY COMPANIES; KEVIN H.
BROWN; WILLIAM D. AMBROSE,

Defendants - Appellees.

Appeals from the United States District Court for the District of Maryland, at Baltimore.  Frank A. Kaufman, Senior District Judge. (CA-95-2200-K)

Submitted:  April 16, 1998                    Decided:  June 10, 1998

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Deborah Kumer Sever, Appellant Pro Se. William D. Ambrose, Appellee; Kevin H. Brown, Baltimore, Maryland; Dean Perdue Gunby, Jr., LAW OFFICE OF HAROLD A. MACLAUGHLIN, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Deborah Kumer Sever appeals a district court order granting summary judgment to Defendants INA, Cigna, and Kevin Brown and closing the case as to all issues, and another order denying her motion filed pursuant to Fed. R. Civ. P. 60(b)(4) to vacate two prior district court orders denying her motion for reconsideration and her motion to vacate the first order. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Sever v. Insurance Co. of North America</u>, No. CA-95-2200-K (D. Md. July 11, 1996, and Jan. 6, 1997). We grant Sever's motion to consolidate the appeals, deny her motion for stay pending the district court's ruling on her motion for reconsideration as moot, deny her motion to amend her informal brief, and deny her motions for the appointment of counsel and oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3